IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 23-373-2 |
| DANIEL DOUGLAS<br>*Register #79551-510* | |

## ORDER TO SURRENDER

**AND NOW**, this 21st day of June 2024, the above-named defendant having been sentenced to the custody of the U.S. Bureau of Prisons,

**IT IS ORDERED** that the execution of prison sentence is suspended until August 19, 2024, at which time the defendant is directed to report to the designated facility no later than 2:00 P.M., to commence said sentence. In the event no facility has been designated the defendant is to report to the Office of the United States Marshal, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**